# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| **v.** | |
| **CHRISTINA CHAPMAN,** | **Criminal No. 1:24-cr-00220** |
| **JOHN DOE 1, alias JIHO HAN,** | |
| **JOHN DOE 2, alias HAORAN XU,** | |
| **JOHN DOE 3, alias CHUNJI JIN,** | |
| **Defendants.** | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Rick Blaylock Jr., at telephone number 202-252-6765, hereby informs the Court that he is entering his appearance as co-counsel in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: */s/ Rick Blaylock Jr.*
RICK BLAYLOCK JR.
Assistant United States Attorney
Asset Forfeiture Coordinator
Texas Bar Number 24103294
United States Attorney's Office
601 D Street NW

Washington, D.C.  20530
Telephone: 202-252-6765
Email: rick.blaylock.jr@usdoj.gov